# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

June 29, 2012

Before

RICHARD D. CUDAHY, *Circuit Judge*
JOEL M. FLAUM, *Circuit Judge*
MICHAEL S. KANNE, *Circuit Judge*

| | | |
|---|---|---|
| SANTA'S BEST CRAFT, LLC, SANTA'S BEST, and H. S. CRAFT MANUFACTURING CO., | ) ) ) ) | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division |
| Plaintiffs-Appellants, | ) ) | |
| No.   11-2115 | ) ) | No. 04 C 1342 **Robert W. Gettleman**, Judge. |
| v. | ) ) | |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | ) ) ) | |
| Defendant-Appellee. | ) ) | |

**ORDER**

On consideration of the petition of plaintiffs-appellants for rehearing with suggestion for rehearing *en banc* filed June 5, 2012, in the above-captioned case, all of the judges on the panel voted to deny are hearing, and no other member of the court has voted* to hear this case *en banc*.

Therefore, the petition for rehearing with suggestion for rehearing *en banc* is **DENIED**.

The dispositive order filed May 23, 2012, is amended as follows:

The eleventh line of the continuing paragraph on page two, which reads: "to consider on remand if the "'primary focus'" should read "to consider on remand if a "'primary focus'".

The second line of the first full paragraph on page two, which reads: "trade dress claims was the primary focus" should read "trade dress claims was a primary focus".

The fourth line of the second full paragraph on page two, which reads: "the district court concluded that the primary focus of the JLJ settlement" should read "the district court concluded that a primary focus of the JLJ settlement".

The second line of the third full paragraph on page two, which reads: "the primary focus of the JLJ settlement" should read "a primary focus of the JLJ settlement".

The eighth line of the third full paragraph on page two, which reads "was not the primary focus" should read "was not a primary focus".

The fourth line of the continuing paragraph on page three, which reads "was the primary focus" should read "was a primary focus".

* Judge Rovner is recused from voting on this matter.